Suit for salary. Upon an offer of the plaintiff to compromise, which offer was accepted by the defendant, and upon a stipulation by the parties, judgment for the plaintiff was entered in the agreed amount of $6,986.59.

Customs Service Pay Case

On the basis of the opinion and mandate of the Supreme Court in the case of Howard C. Myers (No. 43671) et al., 320 U. S. 561, and following the order of the Court of Claims therein, 101 C. Cls. 859; and upon the opinion in O’Rourke v. United States, 109 C. Cls. 33; and upon stipulation of the parties in the case set forth below, showing the amount due in accordance with accounting made therein, and on motion by the plaintiff for judgment, it was ordered that judgment be entered in the amount set forth below, as follows:
*872 On October 7, 1952
46951 Marcia Gillis, Successor as Sole Heir at Law to the Estate of George E. Gillis, Deceased_ $778. 60

Immigration Inspector Pay Oases

Upon stipulations of the parties in the cases set forth below, showing the amounts due each of the plaintiffs in accordance with the records of the Director of Immigration and Naturalization, Department of Justice, as extra pay for services performed on Sundays and holidays for the periods and .in the amounts mentioned therein; and on motions by the several plaintiffs for judgment, it was ordered that judgment be entered in the respective amounts set forth below. See Gibney v. United States, 114 C. Cls. 38, Taylor v. United States, 114 C. Cls. 59, and Ahearn v. United States, 114 C. Cls. 65.
On October 7, 1952
309-52 Homer T. Dean_ $441. 35
Frederick M. Raggett, Sr_ 808. 02
372-52 Alice M. McOonnaehie, Administratrix_ 454. 34
On November 4, 1952
454-52 Claude Graves___ 548. 08

Retired Pay Navy Enlisted Men

' Following the opinion of the Court in the case of Christopher C. Sanders v. The United States, 120 C. Cls. 501, and upon stipulations of the parties in the cases set forth below showing the amounts due each of the plaintiffs for additional retired pay for service in the United States Navy, judgments were entered for the respective plaintiffs for the amounts stated in the several stipulations as follows:
On October 7, 1952
113-52 Frank Blasak_ $434. 00
William L. Campbell_ 264.00
John S. Chesslin_ 73.38
Mike R. Feeney_ 249.00
John A. Henrietti_ 196.80
50204 William F. Atchison_ 1,350.03
Petro Augustin_ 1,687.34
*873 On November 4, 1952
50223 John O. Maar (1)_$2,004.77
Bernard Earl Mac Arthur (2)_ 2,032.65
Isidoro Maggay (4)_,_ 1,653.32
Oarl Earnest Maloney (5)_ 1,992.27
Francis C. Marchino (8)_ 1, 675.01
Hugh P. Meehan (14)_ 1,439.78
John Nelson Meeks (15)_ 1,335.09
Duane Fleming Merrill (16)_ 1,754.57
Bussell MeGuirck Miller (20)_ 2,152. 01
Bay Wilder Mitchell (22)_ 1,699.51
Jep A. A. Moore (24)_ 1,959. 55
Andrew Edward Morían (27)_ 1,675.97
William Y. Morrow, Jr. (29)_ 3,489.19
Bobert Emmete Murray (30)_ 1,996.11
Kernie Eugene Nabors (31)_ 1,802.08
Harrison Neill (32)_ 1,756.30
Bobert Emanuel Noel (35)_ 3,189.34
Chester Arthur Nolan (36)_ 1,429.66
Fitzhugh Lee Nunnally (37)___ 1,759.19
Charles Samuel Nutt (38)_ 1,897.00
Bobert George O’Connor (39)_ 1,753.86
John Anthony O’Hearn (40)_ 2,018.25
Carl John Olson (42)_ 3,415.40
Charles Ivar Ostrom (44)_ 1,941.39
Joseph A. Pagan (45)_ 1,834.91
John Iverson Pearson (51)_ 1,939.34
Thomas Phillips (56)_ 2,098.25
Jorge Placencia (60)_ 1,954.74
John Charles Placke (61)_ 1, 554.30
Frank Poncik (62)_ 1,906.42
Walter Ellis Postert (64)_ 1,994.19
Frank Potts (65)_ 3,440.41
Harry William Preice (66)_ 1,878.71
James Benjamin Beed (73)_ 1,990.34
George I. Beinhart (76)- 1,969.18
Bobert Guido Bieker (78)_ 1,572.49
Clarence H. Bogers (85)_ 2,080.80
Frank Matthew Budolph (87)- 2,988.47
Daniel Sarinas (89)_ 1,718.01
Sylvester Smith Saul (90)_ 2,035.50
Charles F. W. Schmidt (91)_ 2,506.91
William Julius Schmidt (92)_ 2,440.59
Carl Jacob Schule (93)_ 1,537.81
Joseph William Seawright (94)_ 1,804.41
Omer Senbertrand (96)_ 2,577.81
Thomas J. Settle (97)_ 1,887.20
*874 50223 Clarence Shearer (99)_$1,310.87
Charles Kendall Sherry (100)- 1,899.64
Floyd Hilton Shrock (102)_ 1,988.92
Winfield C. Simpson (104)_ 1,122.73
Walter F. A. Sincere (105)_ 2,021.14
George Dewey Staples (114)_ 1,937.58
Aubrey Wade Stell (115)_ 1,889.45
John George Stirnemann (117)- 1,389.94
Edward M. St. Louis (119)_ 1,628.01
John Helms Stone (120)_ 2,934.23
Abiga Elbert Stuart (122)_ 1,536.62
John Joseph Sullivan (124) (Serial No. 194r-70-82)_ 1,918.16
John Joseph Sullivan (125) (Serial No. 503-58-54)_ 1,926.83
264-52 Pablo Mojica (1)_ 970.88
Loyd Merchant (2)_ 815.30
Harry Henry Mundell (13)_ 2, 211. 37
Evaristo Nolasco (16)_ 1,337.65
Bernard Nowak (18)- 1,946.08
Thomas Matthew dwell (20)- 1,829.43
Fidel E. Patt (27)_ 1,453.66
Margarito Palado (28)- 1,127.09
Marcarlo Pamandra (29)_ 1,560.49
Nicolas Pangan (30)_ 1,430.90
Joseph Potz (37)- 2,664.27
Francis Joseph Preston (38)_ 1,673.09
Ernest Homer Puryear (39)_ 1,592.70
McKinley Kennard Beeves (43)_ 1,651.93
George Phillip Bidden (44)_ 1,680.78
Edward Hubert Bingrose (45)_ 1,644.22
John Peter Scanlon (58)_ 2,215.70
Jack Franklin Shellenbarger (61)_ 1,233.46
James Hugh Smith (66)_ 2,117.76
Fred William Streip (74)_ 1, 634.59
Leo Charles Sullivan (75)- 1,078.17
Sumner Everette Sweeney (76)_ 1,718. 93
Manard Earnest Tannery (78)_ 1,748.77
Harry Thomas (79)_ 2,232.85
Archibald Thorpe (81)_ 1,897.00
Francis M. Trainor (85)_ 1,191.20
Emmett Dee Triplett (86)_ 2,058.01
Harden Boyd Tucker (87)_ 1,567.70
Frank Lafayette Turner (88)- 1,655.25
Dewey Norman Twiford (89)_ 2,304.49
Leopoldo Venzon (92)_ 1,305.95
Pio Villarete (93)_ ' 1,476.77
*875 264-52 Uel Maize Walker (95)_1_$2,129.37
Coy Wallace (96)_1_ 1,854.87
Chester William Winters (104)_ 1,854.65
Cornelius Wisse (105)_ 1,893.15
Earl Wright (106)_ 1,116.17
William Wroblewski (107) __ 1, 527.10
On December 2,1952
50338 Wilson Jennings Aldridge (3)_ 3,235.19
Percy Barton (11)_ 1,965.32
William John Bender (13)_„_ 1,824.56
John Joseph Brazius (20)_ 1,581.66
Charles Edward Brindley (21)_ 1,362.95
Rally Fuller Buchanan (23)_ 1,680.78
Robert Edward Bullen (25)_ 1,814.23
Charlie Bennett Butler (30)_ 1,580.70
William Butler (32)_ 1,910.47
Charles Campbell (37)_ 2,440.16
Clyde William Henry Campbell (38)-___ 1,928.76
George Thomas Cason (40)_ 2,363.67
James Franklin Collins (47) __,___ 1,711.06
Aleck Andrew Dalier (56)___, 2,039.74
John Joseph Deimling (60)____ 1,813.05
■ Joseph .Charles Donohoe (63)_, 1,673.71
Carl Andrew Downey (65)_,_- 2,178.12
Ernest Philip Dudley (67)___ 1,941.39
William George Dwyer (69)_ 1,368.61
Edwin Herbert Eastland (71)_ 1,599.94
George Lafayette Elder (73)_ -2,142.40
Fred Fitzpatrick (78)_ 1,813.00
Conrad Hoellriegel (103)_ 1,868.13
Edward Hutchison (106)_ 1,981.68
Thomas Bernard Jack (107)_ 1,956.66
Albert Westly Johnson (112)_ 976.87
Arthur Edgar Johnson (113)_ 1,614.38
Paul Johnson (115)_ 1,384.71
Robert Franklin Kerkam (120)_ 1,662.16
Stanley Richard Keyes (121)_ 1,972.06
Theodore John Kirsch (123)_ 1,415.86
50374 Molteno- Adolph Maeklin (2)__ 2,019.21
Antonio Malvar (4)_. 1,265.92
Serafín Manalad (5)_ 1,637.87
Sarge Dewey Martin (8)_ 2,199.17
Orvil Lee May (11)_ 1,590.32
William Riley Miller (13)-,--— 1,471.99
Candido T. Monzon (14)_ 1,389.19
Stewart Alexander Morris (16) __ 1,864.07
*876 50374 Elwood Ramsey Murphy (17)_$2,470.91
Thomas Francis Murray (19)_ 1,922.98
James Bradford Murry (20)_ 1,733.20
Robert Richard Myers (21)_ 1,762.33
Abraham Nebelkopf (22)_ 1,057.15
John Joseph O’Brien (27)_ 1,324.76
Frank Nicholas Osswald (32)_ 1,877.69
Herman Pyron (40)- 1,623.71
Harry August Reichenbach (43)_ 1,850.12
Tan Burén Reynolds (46)_ 1,538.81
Carl Watson Richie (48)_ 1,621.12
Charles Walter Robie (50)_ 1,541.90
Joseph Rouse (52)- 1,910.47
Bernard James- Rowan (53)_ 2,009.78
Isaac Linnie Royal (54)_ 1,743.78
Frank Ferreira Santos (57)- 1,809.24
William McKee Schaeffer (58)_1- 1,409.82
William Frederick Schmitz (60)- 1,065.20
Joseph Matthew Schriefer (61)_ 1,856.77
Carl Edward'Seary (63)- 1,617.27
Joseph John Serchak (64)_ 2,030.99
William J. Sheridan (65)_ 1,778.94
George Peter Sievertsen (66)_ 1,721.74
Clarence Penn Simpson (67)- 1,971.10
Robert Simpson (68)- 1,368.48
Monroe Daniel Slaughter (69)- 1,666.80
Edward Martin Smith (70)_ 2,416.22
Thomas Augustus Smith (71)- 2,901.19
Joseph Sofie (72)_ 1,789.98
James Hezekiah Solomon (73)_ 1,353.38
William Richard Steiber (75)_ 2,763.32
William Henry Stein (76)- 1,808. 29
Harlon Stine (78)_ 2,838.95
Stanley Steven Stolinski (79)- 1,966.10
Jennings Tansell (81)_ 1,686.55
Hershal Tatum (83)_ 1,948.00
Louis Eugene Taylor (84)_ 1,353.38
Thomas Nedwick Termine (85)- 1,162.99
John Teuwen (86)_ 1,527.26
Robert H. Tharp (87)- 2,008.63
Arthur S. Thompson (90) _!_■_ 1,841.18
Lester James Thomson (92)_ 1,584.96
Ward Thumb (93)_ 1,866.59
Michael Timko (94)_ 2,003.82
Andrew Tirpak, Jr. (95)_ 2,207.62
Alban Clyde Tripp (97)_ 1,979.76
Ralph Turner (99)_ 1,660.57
Reese Gillispie Vail (100)_ 1,945.11
*877 50374 Rufino Yarduz (103)-$1,020.67
Elmer Virgil Venable (104)- 1,964.36
Elliott Bond Vickery (105)_ 2,674.87
Daniel T. Walker (110)- 2,648.47
Raymond Joseph Walker (111)- 1,830.15
Roland Glenn Walker (112)- 1,599.94
James Patrick Wall (113)_ 2,049.47
James Joseph Ward (116)-'— - 1,948.97
James Wesley Waters (117)_ 1,830.60
Charles Watson (119)- 1,376.75
Lewis Ambrose Weakland (121)- 1,663.92
Walter Sinclair Weaver (122)- 1,885.45
Leonard A.' Weber (124)- 1,740.53
Oscar Albert Weber (125)-;- 1,993.67
Ernest S. Weeks (127)--- 1,731.27
.Edwin Cummins Wertman (129)-•- 2,017.59
John Weston (130)_ 1,880.44
Ralph Dean Weston (131)_1-- 3,296.58
Joseph Francis Whalen (132)_j._ 1,789. 88
Richard Hilton Wharton (133)_^_ 1, 678. 09
Frank Sterling White (134)- 2,042.31
Clyde Stanley Williams (137)_ 2,116.96
George Edward Williams (139)_ 2,006.80
Bob Morris Wolf (143)_ 1, 767.41
Lawrence W. Wolf (145)_ 2,001.73
William A. Wolf (146)_ 1,887.37
Abram Roberts Wood (147)_— 2,827. 98
Earl Larverne Wood (148)_!-■— 1, 411.32
Murray Benton Woodard (149)_ 1,893.15
Chester Glenn Woodward (150)_ 2,007. 68
George Washington Woollery (151)_ 1, 906.62
Lionel H. Worden (152)_ 1,925. 87
Fred F. Worth (153)_'_'_ 1,510.45
Francis A. Wysong (154)_ 1,425. 72
Irvin Baringer Yager (155)___ 1,873.57
Andres B. Ylagan (156)__ 1,717.91
Harold Joseph Young (157)_ 1,480.37
Raymond Alfred Young (158)_ 2,149.12
William Zuk (160)_ 1,537.81

Suits Under Missing Persons Act

Following the opinion in Moreno v. United States, 118 C. Cls. 30, certiorari denied 342 U. S. 814, dismissing the petition of plaintiff, Moreno, under the Missing Persons Act of March 7, 1942, 56 Stat. 143; 50 U. S. C., App. Secs. 1001-1015, the claims of plaintiffs under the Missing Persons Act, identi *878 cal in legal effect with that of Moreno, were dismissed on the defendant’s motion for judgment on the pleadings, as follows: . .
On December 2, 1952
No¡ 48755
Severo Garcines Severino Gadiano
Constantino Padanog Macario ;T. Del Rosario
Ricardo A. Sanchez Wenceslao S. Carpo
Inocencio Madayag Ambrosio Quevedo
•Mario Essler Alejandro C. Esponilla
Telesforo Moreno Guillermo D.. Daproza
Proceso Leon Fidel Rózales,
Bernardo Melendez Andres S. Sanano
Marcos Legaspi Serge Balacano.
Sergio Ajeto Ulpiano D. Millare
Vincente .Alaray Andres C. Grandea
Jose P. Lechuga Aquilino Arengo
Lerenzo P. Lechuga Blas N. Nazareta
.Miguel Jagonasi Roberto Del Rosario
Ramon L. Moredo Eutiquio C.ambosa
Teófilo F. Resalvo Melquíades Ramos
Flordelino Conde Alfredo L..Dare
Antonio M. Alagao Clemente Torres
Bernardo Serrano Joseph O. Baso
Bernardo C. Narbasa Pedro Sarmiento
Pablo C. Caigoy Ulpiano Naca
Lorenzo Eclipse